F*ck 11113697

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

CM/ECF Case No. 3:20-PO-00080-DMC

| United States of America | | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|---|
| v. | ) | CA57    7481357 | 01/14/2020 |
| FLANAGAN, MICHAEL<br>GENERAL DELIVERY<br>REDDING, CA 96049 | )<br>)<br>)<br>) | Offense(s) | Amount Due |
| | ) | Possession of Knives Which Exceed a Blade Length or 3 I - 38 CFR 1.218(b)(39) | $900.00 |
| _Defendant_ | ) | | |

## ARREST WARRANT

**FILED**
Apr 29, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2020 FEB 24 PM 1:48
RECEIVED UNITED STATES

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 1/28/2020 9:00 a.m.

_Judge's signature_
HON DENNIS M COTA

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |
| **Arrested** | Date: | Location: |

_Executed by the arrest of the defendant._

4/15/25 DMC

DISMISSED

Name: _____ Title: _____ District: _____
Date: _____ Signature: _____